UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -
SAREGAMA INDIA LTD.,



              Plaintiff,

    -against-

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY
MOSLEY p/k/a TIMBALAND, NATE HILLS,
AFTERMATH ENTERTAINMENT, G UNIT RECORDS,
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., BLACK WALL
STREET, EACH 1 TEACH 1, VIRGINIA BEACH
MUSIC, WB MUSIC CORP. and DANJA HANDZ
MUZICK,

              Defendants.
- - - - - - - - - - - - - - - - - - -X

**Rule 7.1 Statement**

Plaintiff Demands Trial by Jury



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Saregama India Ltd. certifies that Plaintiff is a public company, traded on the Bombay Stock Exchange, the Calcutta Stock Exchange and the National Stock Exchange of India.

Furthermore, subsidiaries and/or affiliates of Plaintiff are the following: Ceat Ltd. traded on the Bombay Stock Exchange and National Stock Exchange of India; Zensar Technologies Ltd. traded on the Bombay Stock Exchange and National Stock Exchange of India; RPG Transmission Ltd. traded on the Bombay Stock Exchange and National Stock Exchange of India; and Saregama plc traded on the London Stock Exchange.

Dated: August 23, 2007

                    RICHMAN & LEVINE, P.C.

             By: _____
                    Seth A. Levine (SL 4556)
                    Attorneys for Plaintiff
                    Office & P.O. Address
                    666 Old Country Road
                    Suite #101
                    Garden City, NY 11530
                    516-228-9444