MARRERO, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAREGAMA INDIA LTD.,

          Plaintiff,

   - against -

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY
MOSLEY p/k/a TIMBALAND, NATE HILLS,
AFTERMATH ENTERTAINMENT, G UNIT RECORDS,
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., BLACK WALL
STREET, EACH 1 TEACH 1, VIRGINIA BEACH
MUSIC, WB MUSIC CORP. and DANJA HANDZ
MUZICK,

          Defendants.
------------------------------------------------------------X

Index No.: 07-CV-7601 (VM)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which Defendant, WB Music Corp., may answer, move or otherwise respond to the Complaint in this action is hereby extended through and including November 30, 2007.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that Defendant, WB Music Corp., waives all defenses regarding service of process.

Dated: New York, New York
November 2, 2007

RICHMAN & LEVINE, P.C.

By: _____
    Seth A. Levine
666 Old Country Road, Suite #101
Garden City, New York 11530
(516) 228-9444

*Attorneys for Plaintiff Saregama India Ltd.*

JENNER & BLOCK LLP

By: _____
    Carletta F. Higginson
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600

*Attorneys for Defendant WB Music*

SO ORDERED: 5 November 2007

_____
U.S.D.J.
Victor Marrero

13183