UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAREGAMA INDIA LTD.,

        Plaintiff,

  - against -

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY
MOSLEY p/k/a TIMBALAND, NATE HILLS,
AFTERMATH ENTERTAINMENT, G UNIT RECORDS,
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC
AND VIDEO DISTRIBUTION, INC., BLACK WALL
STREET, EACH I TEACH I, VIRGINIA BEACH
MUSIC, WB MUSIC CORP. and DANJA HANDZ
MUZICK,

        Defendants.
-----------------------------------------------------------------X

Index No.: 07-CV-7601 (VM)

**STIPULATION AND ORDER**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-07
```

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the time within which Defendants UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group, Inc.) and Universal Music Group Distribution Corp. (incorrectly sued herein as Universal Music and Video Distribution, Inc.) may answer, move or otherwise respond to the Complaint in this action is hereby extended through and including November 30, 2007.

    IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that Defendants UMG Recordings, Inc. and Universal Music Group Distribution Corp. waive all defenses regarding service of process.

Dated: New York, New York
       November 9, 2007

| | |
|---|---|
| RICHMAN & LEVINE, P.C.<br><br>By: _____<br>Seth A. Levine<br>666 Old Country Road, Suite #101<br>Garden City, New York 11530<br>(516) 228-9444<br><br>*Attorneys for Plaintiff Saregama India Ltd.* | JENNER & BLOCK LLP<br><br>By: _____<br>Carletta F. Higginson<br>919 Third Avenue, 37th Floor<br>New York, New York 10022<br>(212) 891-1600<br><br>*Attorneys for Defendants UMG Recordings, Inc., (incorrectly sued herein as Universal Music Group, Inc.) and Universal Music Group Distribution Corp. (incorrectly sued* |

13296

*herein as Universal Music and Video Distribution, Inc.)*

SO ORDERED: 13 November, 2007

_____
Victor Marrero
U.S.D.J.