```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAREGAMA INDIA LTD.,

               Plaintiff,

   -against-

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,

               Defendants.
------------------------------------------------------------x

07-CV-7601 (VM)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time within which Defendants Timothy Mosley p/k/a Timbaland and G-Unit Records, Inc. (incorrectly sued herein as G Unit Records), may answer, move or otherwise respond to the Complaint in this action is hereby extended through and including November 30, 2007.

IT IS FURTHER STIPULATED AND AGREED by and between undersigned counsel that Defendants Timothy Mosley p/k/a Timbaland and G-Unit Records, Inc. waive all defenses regarding service of process.

Dated: November 13, 2007

| | |
|---|---|
| RICHMAN & LEVINE, P.C. | MORITT HOCK HAMROFF & HOROWITZ |
| *Counsel for Plaintiff* | *Counsel for Defendants Timothy Mosley p/k/a Timbaland and G-Unit Records, Inc. (incorrectly sued herein as G Unit Records)* |
| By: /s/<br>Seth A. Levine (SL-4556)<br>666 Old Country Road, Suite 101<br>Garden City, New York 11530<br>(516) 228-9444 | By: /s/<br>Michael Cardello, III (MC-5839)<br>400 Garden City Plaza, Suite 202<br>Garden City, New York 11530<br>(516) 873-2000 |

SO ORDERED: 14 November 2007

Honorable Victor Marrero, USDJ