AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SAREGAMA INDIA LTD.,
    Plaintiff,

-against-

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,
    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 7601 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Timothy Mosley p/k/a Timbaland and
Defendant G-Unit Records, Inc. (incorrectly sued herein as "G Unit Records")

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/14/2007 | *(signature)* |
| Date | Signature |
| | Michael Cardello, III     (MC-5839) |
| | Print Name     Bar Number |
| | Moritt Hock Hamroff & Horowitz LLP, 400 Garden City Plaza |
| | Address |
| | Garden City     New York     11530 |
| | City     State     Zip Code |
| | (516) 873-2000     (516) 873-2010 |
| | Phone Number     Fax Number |