UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    07-CV-7601 (VM)
SAREGAMA INDIA LTD.,

                Plaintiff,

     -against-

JAYCEON TAYLOR p/k/a THE GAME,                   AFFIDAVIT OF SERVICE
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,
                Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK)
                    ) ss.:
COUNTY OF NASSAU )

       DOREEN C. SAROVEC, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age and reside at Lake Ronkonkoma, New York. On the 14th day of November, 2007, I served a true copy of the annexed Notice of Appearance along with attached exhibits by first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

    Seth Alan Levine
    Richman & Levine, P.C.
    666 Old Country Road, Suite 101
    Garden City, NY 11530
    slevine@richmanlevin.com
    (516) 228-9444

                                                      ____/s/ Doreen C. Sarovec____
                                                      Doreen C. Sarovec

Sworn to before me this
13th day of November, 2007
/s/ Carol Lynne Huvar
Notary Public, State of New York
No. 4604634
Qualified in Suffolk County
Commission Expires 5/31/10