```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
SAREGAMA INDIA LTD.                :
                                   :
            Plaintiff,             :
                                   :
      vs.                          :   Case No.: 07 Civ. 7601
                                   :
JACEON TAYLOR p/k/a The GAME,      :   The Honorable Victor Marrero
TIMOTHY MOSELY p/k/a TIMBALAND,    :   STIPULATION
et al.                             :   EXTENDING TIME TO
                                   :   ANSWER
                                   :   OR OTHERWISE RESPOND TO
                                   :   COMPLAINT
                                   :
            Defendants.            :
----------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Saregama India, LTD., and for Defendant Each 1 Teach 1 that the Defendant's time to answer or otherwise respond to the complaint in this action is extended to and including November 30, 2007. The Defendant has not previously requested an extension in this matter.

**AND IT IS FURTHER STIPULATED TO AND AGREED**, that Each 1 Teach 1 wavies all defenses regarding service of process.

Dated: November 14, 2007
       New York, New York

**RICHMAN & LEVINE, P.C.**

By: _____
Seth A. Levine
666 OLD COUNTRY ROAD, SUITE 101
GARDEN CITY, NEW YORK 11530

**DEWEY & LEBOEUF**

By: _____
L. Londell McMillan
Frank C. Salzano
125 WEST 55th STREET

516-228-9444
Phone: ~~(202) 756-8000~~
Fax:   ~~(212) 424-8500~~ 516-228-9514
*Attorneys for the Plaintiff*

NEW YORK, NEW YORK 10019
Phone: (212) 424-8000
Fax:   (212) 424-8500
*Attorneys for the Defendant*

SO ORDERED: 16 November 2007

_____
The Honorable Victor Marrero, U.S.D.J.