SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SAREGAMA INDIA LTD.,

                Plaintiff,

07-CV-7601 (VM)

-against-

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,

                Defendants.
----------------------------------------------------------x

TO:    Seth Alan Levine
        Richman & Levine, P.C.
        666 Old Country Road
        Suite 101
        Garden City, NY 11530
        slevine@richmanlevin.com
        (516) 228-9444

        Carletta F. Higginson
        Jenner & Block LLP
        919 Third Avenue, 37th Floor
        New York, New York 10022
        chigginson@jenner.com
        (212) 891-1624

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07

PLEASE TAKE NOTICE that upon the annexed affidavit of movant Alan S. Hock in support of this motion, the declaration of Karen L. Stetson in support of this motion and the Certificate of Good Standing annexed hereto, we move this Court before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New

York for an Order allowing the admission of the applicant, Karen L. Stetson, a member of the Law Offices of Karen L. Stetson, Esq. and a member in good standing of the Bar of the State of Florida, as attorney Pro Hac Vice to argue or try this case in whole or in part as counsel for defendant, Timothy Mosley p/k/a Timbaland, and defendant, G-Unit Records, Inc. (incorrectly identified herein as "G Unit Records"). There are no pending disciplinary proceedings against movant, Karen L. Stetson, in any State or Federal court.

Dated: November 13, 2007

Respectfully submitted,

Alan S. Hock (ASH-9743)
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 Garden City Plaza
Garden City, New York 11530
mcardello@moritthock.com
(516) 873-2000

SO ORDERED: Request GRANTED. Attorney Karen L. Stetson is authorized to appear before this Court as counsel pro hac vice for defendants Timothy Mosley and G-Unit Records, Inc.

11-19-07
DATE       VICTOR MARRERO, U.S.D.J.