UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAREGAMA INDIA LTD.,

                07-CV-7601 (VM)

    Plaintiff,

**ORDER**
-against-      **ADMISSION TO PRACTICE**
      **PRO HAC VICE**

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,

    Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-07

    The motion for admission to practice Pro Hac Vice in the above captioned matter is granted. The admitted attorney, Karen L. Stetson, is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant, Timothy Mosley p/k/a Timbaland, and defendant, G-Unit Records, Inc. (incorrectly identified herein as "G Unit Records").

    An attorney admitted to practice Pro Hac Vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission Pro Hac Vice for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>Pro</u> <u>Hac</u> <u>Vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: November 20, 2007

_____
Honorable Victor Marrero, USDJ

cc:  Karen L. Stetson
     Court File