UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SAREGAMA INDIA LTD.,                                    :

                  Plaintiff,                         :

           - against -                            :      Index No.:  07-CV-7601 (VM)

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY     :
MOSLEY p/k/a TIMBALAND, NATE HILLS,
AFTERMATH ENTERTAINMENT, G UNIT RECORDS, :
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC     :
AND VIDEO DISTRIBUTION, INC., BLACK WALL
STREET, EACH 1 TEACH 1, VIRGINIA BEACH     :
MUSIC, WB MUSIC CORP. and DANJA HANDZ
MUZICK,                                    :

                Defendants.              :

-----------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT FOR WB MUSIC CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant WB Music Corp., by

and through its attorneys, Jenner & Block LLP, submit that WB Music Corp. is wholly owned by

Warner Music Group Corp., which is publicly traded in the United States.

Dated:  New York, New York
        November 30, 2007                 JENNER & BLOCK LLP

                         By:_*Andrew H Bart*_____
                             Andrew H. Bart
                             Carletta F. Higginson
           919 Third Avenue, 37th Floor
           New York, New York 10022
           (212) 891-1600

           *Attorneys for Defendants WB Music Corp., UMG*
           *Recordings, Inc. (incorrectly sued herein as Universal*
           *Music Group, Inc.), Universal Music Group Distribution*
           *Corp. (incorrectly sued herein as Universal Music and*
           *Video Distribution, Inc.), Interscope Records, a division*
           *of UMG Recordings, Inc., and Aftermath Records*
           *(incorrectly sued herein as Aftermath Entertainment)*

13678.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SAREGAMA INDIA LTD.,                              :

                        Plaintiff,          :

              - against -                 :          Index No.:  07-CV-7601 (VM)

                                          :
JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY    :          **AFFIDAVIT OF SERVICE**
MOSLEY p/k/a TIMBALAND, NATE HILLS,       :
AFTERMATH ENTERTAINMENT, G UNIT RECORDS, :
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,   :
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC    :
AND VIDEO DISTRIBUTION, INC., BLACK WALL   :
STREET, EACH 1 TEACH 1, VIRGINIA BEACH    :
MUSIC, WB MUSIC CORP. and DANJA HANDZ     :
MUZICK,                                   :
                                          :

                        Defendants.        :

-------------------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

      Antoinette Brinson, being duly sworn, hereby deposes and says:

      1.      I am over 18 years of age and am not a party to the above-captioned proceedings.

I reside in Bronx, New York, 10462.

      2.      On November 30, 2007 I caused true and correct copies of *Rule 7.1 Disclosure*

*Statement for WB Music Corp.* to be served via FIRST CLASS U.S. MAIL delivery on the

following individual(s) and law firm:

                  Seth A. Levine, Esq.
                  Richman & Levine, P.C.
                  666 Old Country Road, Suite 101
                  Garden City, New York  11530
                  (516) 228-9444
                  *Attorneys for Plaintiff*

                        -- and --

13727.1

Karen L. Stetson, Esq.
P.O. Box 403023
Miami Beach, Florida  33140
(305) 532-4845
*Attorney for Defendants, Timothy Mosley p/k/a Timbaland and G Unit
Records, Inc. (incorrectly sued herein as G Unit Records)*

– and –

Alan S. Hock, Esq.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York  11530
(516) 873-2000
*Attorney for Defendants, Timothy Mosley p/k/a Timbaland and G Unit
Records, Inc. (incorrectly sued herein as G Unit Records)*

_____
Antoinette Brinson

Sworn to before me this
30th day of November 2007

_____
Notary Public

MERRILEE R. MYERS
Notary Public, State of New York
No. 01MY5013331
Qualified in Queens County
Commission Expires July 15, 2011

2

13727.1