UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAREGAMA INDIA LTD.,                              :

              Plaintiff,               :

     - against -                                      :    Index No.: 07-CV-7601 (VM)

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY     :
MOSLEY p/k/a TIMBALAND, NATE HILLS,
AFTERMATH ENTERTAINMENT, G UNIT RECORDS, :
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC     :
AND VIDEO DISTRIBUTION, INC., BLACK WALL
STREET, EACH 1 TEACH 1, VIRGINIA BEACH          :
MUSIC, WB MUSIC CORP. and DANJA HANDZ
MUZICK,                                                            :

             Defendants.          :
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT FOR THE UNIVERSAL ENTITIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group, Inc.), Universal Music Group Distribution Corp. (incorrectly sued herein as Universal Music and Video Distribution, Inc.), Interscope Records, a division of UMG Recordings, Inc., and Aftermath Records (incorrectly sued herein as Aftermath Entertainment) (collectively "the Universal Entities"), by and through their attorneys, Jenner & Block LLP, submit that Vivendi S.A., a publicly held French company, is the ultimate, indirect parent of the Universal Entities.

Dated: New York, New York
       November 30, 2007                    JENNER & BLOCK LLP

                                                    By: /s/ Andrew H. Bart
                                                       Andrew H. Bart
                                                       Carletta F. Higginson
                                                       919 Third Avenue, 37th Floor
                                                     New York, New York 10022
                                                     (212) 891-1600

13639.1

*Attorneys for Defendants WB Music Corp., UMG Recordings, Inc. (incorrectly sued herein as Universal Music Group, Inc.), Universal Music Group Distribution Corp. (incorrectly sued herein as Universal Music and Video Distribution, Inc.), Interscope Records, a division of UMG Recordings, Inc., and Aftermath Records (incorrectly sued herein as Aftermath Entertainment)*

13639.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAREGAMA INDIA LTD.,                                :
                                                    :
                Plaintiff,                  :
                                                    :
       - against -                                 :   Index No.: 07-CV-7601 (VM)
                                                    :
JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY              :
MOSLEY p/k/a TIMBALAND, NATE HILLS,                 :   **AFFIDAVIT OF SERVICE**
AFTERMATH ENTERTAINMENT, G UNIT RECORDS,            :
INTERSCOPE RECORDS, CZAR ENTERTAINMENT,             :
UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC              :
AND VIDEO DISTRIBUTION, INC., BLACK WALL            :
STREET, EACH 1 TEACH 1, VIRGINIA BEACH              :
MUSIC, WB MUSIC CORP. and DANJA HANDZ               :
MUZICK,                                             :
                                                    :
                Defendants.                 :
------------------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

       Antoinette Brinson, being duly sworn, hereby deposes and says:

       1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I reside in Bronx, New York, 10462.

       2.    On November 30, 2007 I caused true and correct copies of *Rule 7.1 Disclosure Statement for the Universal Entities* to be served via FIRST CLASS U.S. MAIL delivery on the following individual(s) and law firm:

                Seth A. Levine, Esq.
                Richman & Levine, P.C.
                666 Old Country Road, Suite 101
                Garden City, New York  11530
                (516) 228-9444
                *Attorneys for Plaintiff*

                – and –

13727.1

Karen L. Stetson, Esq.
P.O. Box 403023
Miami Beach, Florida 33140
(305) 532-4845
*Attorney for Defendants, Timothy Mosley p/k/a Timbaland and G Unit Records, Inc. (incorrectly sued herein as G Unit Records)*

– and –

Alan S. Hock, Esq.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
*Attorney for Defendants, Timothy Mosley p/k/a Timbaland and G Unit Records, Inc. (incorrectly sued herein as G Unit Records)*

_____
Antoinette Brinson

Sworn to before me this
30th day of November 2007

_____
Notary Public

MERRILEE R. MYERS
Notary Public, State of New York
No. 01MY5013331
Qualified in Queens County
Commission Expires July 15, 20 11

2

13727.1