UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 07-CIV-7601-MARRERO

SAREGAMA INDIA LTD.,

    Plaintiff,

v.

JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY MOSLEY p/k/a TIMBALAND, NATE HILLS, AFTERMATH ENTERTAINMENT, G UNIT RECORDS, INTERSCOPE RECORDS, CZAR ENTERTAINMENT, UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., BLACK WALL STREET, EACH 1 TEACH 1, VIRGINIA BEACH MUSIC, WB MUSIC CORP. and DANJA HANDZ MUZICK,

    Defendants.
_____/

### DECLARATION OF TIMOTHY MOSLEY p/k/a TIMBALAND

I hereby declare under penalty of perjury as follows:

1. I am over the age of 18 years and make this declaration based on personal knowledge.

2. I am a producer, songwriter and performer professionally known as Timbaland.

3. My primary residence is Miami, Florida.

4. I was the producer and co-writer of the track "Put You On The Game" featured on the album "The Documentary" performed by Jayceon Taylor, p/k/a The Game ("The Game").

5. "Put You On The Game" was written, recorded and mixed at The Hit

Factory located in Miami, Florida. Many of the principal witnesses in this case are people who were involved in the creative process of "Put You On The Game" and were present at The Hit Factory during the writing, recording and/or mixing of "Put You On The Game," in Miami, Florida, including, Demacio "Demo" Castellon, who was the recording engineer for "Put You On The Game" and Marcella "Ms Lago" Aracia, the assistant sound engineer. It is my understanding that Mr. Castellon maintains a residence in Miami, Florida and Ms. Aracia resides in Miami, Florida. Additionally, Jimmy Douglas assisted in mixing "Put You On The Game." It is my understanding that Mr. Douglas resides in Miami, Florida.

6. Neither G-Unit Records, Inc. nor Czar Entertainment, Inc. had any involvement in any of the creative aspects of "Put You On The Game" or in its sale, manufacture or distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of NOVEMBER, 2007.

_____
Timothy Mosley p/k/a Timbaland