UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF NEW YORK
-----------------------------------------------------------------X
SAREGAMA INDIA LTD.,

       Plaintiff,                          07-CV-7601 (VM)

      - against –                  **ATTORNEY AFFIDAVIT**

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,

       Defendants,
-----------------------------------------------------------------X
STATE OF FLORIDA     )
                             )    ss.:
COUNTY OF DADE     )

      Karen L. Stetson, being duly sworn deposes and says:

      1.      I am a member of the Law Offices of Karen L. Stetson, Esq., admitted Pro Hac Vice to this District, and along with the law firm of Moritt Hock Hamroff & Horowitz, LLP, am counsel Defendant Timothy Mosley p/k/a Timbaland and Defendant G-Unit Records, Inc. (improperly sued as G Unit Records). I am familiar with the facts and circumstances herein based upon my role as lead counsel to Timbaland and G-Unit in this matter.

      2.      I respectfully submit this affidavit in support of Timbaland and G-Unit's motion for an order; (1) transferring this action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §1404; or in the alternative, (ii) dismissing Counts I and II of Plaintiff's Complaint insofar as they relate to Plaintiff's sound recording pursuant to Fed.R.Civ.P. 12(b)(1) for lack of federal subject matter jurisdiction; and (iii) striking ¶¶ E, H, I,

L, M, N and P of Plaintiff's prayer for relief with respect to certain of Plaintiff's claims as detailed below.

3. For the reasons set forth in the accompanying Memorandum of Law ("Memo") and the Declaration of Timothy Mosley p/k/a Timbaland, sworn to on November 12, 2007, which are incorporated herein by reference, Timbaland and G-Unit's motion should be granted in it entirety.

4. Attached hereto as Exhibit A is a Delaware Department of State document indicating that Universal Music Group, Inc. is a Delaware corporation with its principal place of business in California.

 s/ Karen L. Stetson_____<br>
Karen L. Stetson

Sworn to before me this 30th
day of November, 2007

_____/s/Tiffany Adamchick_____
Notary Public
State of Florida
Commission #: DD 469099
Expires:  September 7, 2009