## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 30, 2007, a true and correct copy of the Notice of Motion, Memorandum of Law, Declaration of Timothy Mosley p/k/a Timbaland, and Affidavit of Karen L. Stetson were served via first class mail on:

Seth Alan Levine, Esq.
Richman & Levine, P.C.
666 Old Country Road
Suite 101
Garden City, New York 11530

Carletta F. Higginson, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022

                              By: ___/s/ Michael Cardello_____
                                   Michael Cardello III (MC-5839)