UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SAREGAMA INDIA LTD., | ) Case No.: 07 CV7601(VM) |
| | ) (ECF Case) |
| Plaintiff, | ) **RULE 7.1 STATEMENT** |
| -against- | ) |
| JAYCEON TAYLOR p/k/a THE GAME, TIMOTHY MOSLEY p/k/a TIMBALAND, NATE HILLS, AFTERMATH ENTERTAINMENT, G UNIT RECORDS, INTERSCOPE RECORDS, CZAR ENTERTAINMENT, UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC AND VIDEO DISTRIBUTION, INC., BLACK WALL STREET, DEFENDANT, VIRGINIA BEACH MUSIC, WB MUSIC CORP. and DANJA HANDZ MUZICK, | ) |
| Defendants. | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Desperado Entertainment, Inc., (incorrectly sued herein as Each 1 Teach 1) (the "Defendant"), by and through its attorneys, Dewey & LeBoeuf LLP, for itself and no other defendant, hereby submits that the following are corporate parents, affiliates and/or subsidiaries of the Defendant which are held:

None.

Dated: New York, New York
       November 30, 2007

        DEWEY & LEBOEUF LLP

        /s/
_____
L. Londell McMillan (LM-5119)
Frank C. Salzano (FCS-4861)
125 West 55th Street
New York, New York 10019
Phone: (212) 424-8000
Facsimile: (212) 424-8500

*Attorneys for Desperado Entertainment, Inc., (incorrectly sued herein as Each 1 Teach 1)*