

# Moritt Hock Hamroff & Horowitz LLP
ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

Michael Cardello, III
Email: mcardello@moritthock.com

November 30, 2007

The Honorable Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York  10007

    Re:    **Saregama India Ltd. v. Jayceon Taylor p/k/a The Game, et al.
              Case No. 07 Civ. 7601 (VM)**

Dear Judge Marrero:

    Enclosed please find a courtesy copy of Defendant's Timothy Mosley p/k/a Timbaland and G-Unit Records, Inc. (incorrectly sued herein as G Unit Records) Motion to Dismiss and/or Motion to Transfer Venue and/or Motion to Strike in the above referenced matter.

                                          Respectfully,

                                          Michael Cardello, III (MC-5839)

Cc:    Richman & Levine (*via facsimile at 516-228-9514*)

> Plaintiff is directed to respond by 12-10-07, by letter not to exceed five (5) pages, showing cause why this action should not be transferred to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a).
>
> SO ORDERED:
> 12-4-07
> DATE    VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

F:\Timbaland\SDNY (Saregama India Litigation)\Letter To Court113007.Doc