UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAREGAMA INDIA LTD.,

                                                                07-CV-7601 (VM)
                Plaintiff,

        -against-

JAYCEON TAYLOR p/k/a THE GAME,
TIMOTHY MOSLEY p/k/a TIMBALAND,
NATE HILLS, AFTERMATH ENTERTAINMENT,
G UNIT RECORDS, INTERSCOPE RECORDS,
CZAR ENTERTAINMENT, UNIVERSAL MUSIC
GROUP, UNIVERSAL MUSIC AND VIDEO
DISTRIBUTION, INC., BLACK WALL STREET,
EACH 1 TEACH 1, VIRGINIA BEACH MUSIC,
WB MUSIC CORP. and DANJA HANDZ MUZICK,

                Defendants.
-------------------------------------------------------------x

## DISCLOSURE STATEMENT
## OF DEFENDANT G-UNIT RECORDS, INC. UNDER FED. R. CIV. P. 7.1

Defendant G-Unit Records, Inc. ("G-Unit") (improperly sued as G Unit Records) certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York. G-Unit submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

       1.      G-Unit is not a publicly-held corporation or other publicly-held entity.

       2.      G-Unit does not have any parent corporation.

       3.      No publicly-held corporation owns 10 percent or more of G-Unit's stock.

Dated: December 5, 2007

                                                                        Respectfully submitted,

                                                                        By: s/Karen L. Stetson
                                                                        Karen L. Stetson

Admitted Pro Hac Vice
Florida Bar No. 742937
Counsel for Defendants
Timothy Mosley p/k/a Timbaland
and G-Unit Records, Inc.
LAW OFFICES OF KAREN L. STETSON
P.O. Box 403023
Miami, Florida 33140

and

Alan S. Hock, Esq.
Counsel for Defendants
Timothy Mosley p/k/a Timbaland
and G-Unit Records, Inc.
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530