**CERTIFICATE OF SERVICE**

       I hereby certify that on December 5, 2007, a true and correct copy of the Disclosure Statement of Defendant G-Unit Records, Inc. Under Fed.R.Civ.P.7.1, was served via first class mail on:

Seth Alan Levine, Esq.
Richman & Levine, P.C.
666 Old Country Road
Suite 101
Garden City, New York 11530

Andrew H. Bart, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022

L. Londel McMillan, Esq.
Frank C. Salzano
Dewey & Leboeuf LLP
125 West 55th Street
New York, New York 10019

                By:    /s/Michael Cardello
                      Michael Cardello III (MC-5839)