# RICHMAN & LEVINE, P.C.
## ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 101
GARDEN CITY, NEW YORK 11530
TEL: (516) 228-9444 • FAX: (516) 228-9514
www.richmanlevine.com

KEITH H. RICHMAN
SETH A. LEVINE*

CAROLYN M. KEELAN
JOANNE M. DARVID
TANJA DOUSO
PARALEGALS

December 6, 2007

**Via ECF and Facsimile (212) 805-6382**

Honorable Victor Marrero,
    United States District Judge
United States District Court
    Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 12-6-07              │
└─────────────────────────────────┘
```

**Re:**    **Saregama India Ltd. v. Jayceon Taylor p/k/a The Game, et al.**
        **Case No. 07 CIV 7601 (VM)**

Dear Judge Marrero:

We are counsel to Plaintiff in the above-referenced matter. As such, this letter is written to request an extension of time by which Plaintiff has to show cause why this action should not be transferred to the Southern District of Florida pursuant to 28 USC 1404(a). On December 4, 2007, Your Honor Ordered Plaintiff to respond to this issue by December 10, 2007. Most respectfully, Plaintiff is requesting an extension of time to respond to December 21, 2007 so that it has additional time to investigate the issues surrounding this matter.

This is the first request for such an extension of time, and this request is made on consent of counsel for all of the parties that have appeared in this action.

Thank you for your consideration of this matter.

Request GRANTED. The time for plaintiff herein to respond to the Court's Order dated 12-4-07 to show cause why this action should not be transferred to the Southern District of Florida is Extended to 12-21-07.

SO ORDERED:

12-6-07
DATE

VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

SETH A. LEVINE (SL 4556)

SAL/sl

cc:    Karen L. Stetson, Esq. (via facsimile at 305-604-0598)
        Michael Cardello, III, Esq. (via facsimile at 516-873-2010)
        Carletta F. Higginson, Esq. (via facsimile at 212-909-0817)
        Frank C. Salzano, Esq. (via facsimile at 212-424-8500)

*MEMBER OF FLORIDA BAR