# RICHMAN & LEVINE, P.C.
## ATTORNEYS AT LAW

666 Old Country Road, Suite 101
Garden City, New York 11530
Tel: (516) 228-9444 • Fax: (516) 228-9514
www.richmanlevine.com

KEITH H. RICHMAN
SETH A. LEVINE*

CAROLYN M. KEELAN
JOANNE M. DARVID
TANJA DOUSO
PARALEGALS

January 7, 2008

**Via Facsimile (212) 805-6382**

Honorable Victor Marrero,
    United States District Judge
United States District Court
    Southern District of New York
500 Pearl Street, Suite 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08
```

Re:    **Saregama India Ltd.  v.  Jayceon Taylor p/k/a The Game, et al.**
       **Case No. 07 CIV 7601 (VM)**

Dear Judge Marrero:

    We are counsel to Plaintiff in the above-referenced matter.  As such, this letter is written to request an adjournment of the Status Conference scheduled for January 18, 2008 at 9:15 a.m.  On January 4, 2008, Your Honor issued an Order scheduling this conference to discuss the issues regarding whether this action should be transferred to the Southern District of Florida.  The reason for the requested adjournment is that the undersigned has a family conflict on that date.  Thus, we respectfully request that the conference be adjourned to one of the next two (2) Fridays, either January 25, 2008 or February 1, 2008.

    This is the first request for such an adjournment, and this request is made on consent of counsel for all of the parties that have appeared in this action.

    Thank you for your consideration of this matter.

Request GRANTED. The next status
conference herein is rescheduled to 1-25-08
at 4:30 p.m.

SO ORDERED.

1-8-08

DATE          VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

SETH A. LEVINE (SL 4556)

SAL/sl

cc:    Karen L. Stetson, Esq. (via facsimile at 305-604-0598)
       Michael Cardello, III, Esq. (via facsimile at 516-873-2010)
       Carletta F. Higginson, Esq. (via facsimile at 212-909-0817)
       Frank C. Salzano, Esq. (via facsimile at 212-424-8500)