ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

MICROFILMED
JAN 2 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
SAREGAMA INDIA Ltd.,                :
                                    :
            Plaintiff,              :    07 Civ. 7601 (VM)
                                    :
       -against-                    :    ORDER
                                    :
JAYCEON TAYLOR, et al.,             :
                                    :
            Defendants.             :
------------------------------X

**VICTOR MARRERO**, United States District Judge.

Plaintiff Saregama India, Ltd. ("Saregama") brought this action against the named defendants (collectively "Defendants") alleging federal and state law claims for copyright infringement and unfair competition. Defendants Timothy Mosely ("Mosely") and G. Unit Records, Inc. move to dismiss certain of Saregama's federal copyright claims for lack of subject matter jurisdiction, and/or to transfer venue of the action to the Southern District of Florida, and/or to strike certain portions of Saregama's prayer for relief.

Having noted that Saregama is a foreign corporation, organized under the laws of India, and that the production of the allegedly infringing recordings and other relevant conduct occurred in Miami, Florida, where Mosely certain other defendants and third party witnesses involved reside, do business, or are otherwise present, by Order dated December 4, 2007, the Court directed Saregama to show cause why this action should not be transferred to the Southern District of Florida pursuant to U.S.C. § 1404(a). Saregama responded by letter dated December

21, 2007, arguing this venue in District is proper.

On January 25, 2008, the Court held a conference at which it heard arguments and considered the parties' submissions. On the basis of this review the Court is persuaded that defendants have demonstrated by sufficient evidence that the core operative events, parties, witnesses and documents relevant to this action are located to a substantially greater extent in the Southern District of Florida than in this District. The Court therefore finds that for the convenience of the parties and witnesses, and in the interest of justice and the efficient administration of justice, this case should be transferred to the Southern District of Florida. Accordingly, it is hereby

**ORDERED** that the motion (Docket No. 15) of defendants Timothy Mosely and G. Unit Records, Inc. pursuant to 28 U.S.C. § 1404(a) is GRANTED.

The Clerk of Court is directed to transfer this action to the Southern District of Florida as set forth above, to terminate any pending motions and to close this case.

**SO ORDERED**

Dated:   New York, New York
         January 28, 2008

                                        _____
                                            Victor Marrero
                                            U.S.D.J.